IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:23-cv-00597-K-BT |
| JUDY WISOCKI, as Representative of the Estate of Howard Le Jeune, and SCARLETT ROBBINS, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 21, 2025. Defendant Scarlett Robbins filed Objections on March 6, 2025. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. The objections are **OVERRULED.**

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that State Farm's Motion to Dismiss (ECF No. 52) is **GRANTED** and Defendant Scarlett Robbins's counterclaims against State Farm are **DISMISSED**.

**SO ORDERED.**

**Signed March 11th, 2025.**

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE